# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| JENNIFER ANN JASMAINE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:18-cv-00364-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU ENGRIME, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 5, 2020 Memorandum of Decision and Order.

August 5, 2020

Frank G. Johns, Clerk
United States District Court